UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6041-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE B. BEASLEY,

    Defendant.
_____/

**NIGHT BOX FILED**

**MAR 2 0 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## STATUS REPORT AND MOTION FOR ADDITIONAL TIME TO FILE A SCHEDULING REPORT

Plaintiff, the United States of America, by and through Thomas E. Scott, United States Attorney, Mary F. Dooley, Assistant United States Attorney hereby files this status report and requests this Court to grant plaintiff additional time to file a Scheduling Report and for cause states as follows:

1) On or about January 10, 2000, plaintiff filed the complaint in this action.

2) On January 19, 2000, this Court issued an Order Requiring Counsel to Meet within 60 days of filing the complaint and file a Joint Scheduling Report with 10 days thereafter.

3) On January 12, 2000 and January 21, 2000, plaintiff mailed a Notice of lawsuit and request for waiver of service of the summons and complaint to the defendant. Both mailings were returned by the post office.



4) On January 27, 2000, plaintiff mailed the notice of lawsuit to a third address. Defendant failed to execute the waiver and it as not returned by the post office.

5) On February 28, 2000, plaintiff requested its process server to serve defendant. On March 14, 2000, the process server served the summons and complaint by serving a relative of the defendant at the defendant's residence.

6) On March 16, 2000, plaintiff mailed defendant a copy of the Order requiring scheduling report to defendant's residence and requested that he contact the government to assist in preparing the scheduling report. No response has been received from defendant.

7) Defendant's time to answer expires on April 3, 2000. If defendant does not file an answer, plaintiff will request the Clerk of the Court to enter defendant's default. Therefore, plaintiff will move for default judgment.

WHEREFORE, plaintiff request this Court to grant an extension of days (21) days from the date of this motion to file a scheduling report, or otherwise resolve this matter.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
MARY F. DOOLEY
Assistant U.S. Attorney
Bar No. 112933
U.S. Attorney's Office
99 N.E. 4th Street - Suite 300
Miami, Florida  33132-2111
Tel. No.: (305) 961-9311
Fax No.: (305) 530-7195
E-mail Address:
mary.dooley@justice.usdoj.govV

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20 day of March, 2000 to:

George B. Beasley
3733 Carambola Circle North
Pompano Beach, FL 33066

MARY F. DOOLEY
Assistant U.S. Attorney