# AFFIDAVIT OF SERVICE

Case No: 00-6041 CIV DIMITROULEAS

--- TO BE SERVED ---
GEORGE D. BEASLEY
3733 CARAMBOLA CIRCLE NORTH
POMPANO BEACH, FL. 33066

--- COURT ---
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

UNITED STATES OF AMERICA
VS.
GEORGE D. BEASLEY

--- WRIT ---
SUMMONS IN A CIVIL ACTION

--- SERVED FOR ---
MARY F. DOOLEY, AUSA

99 N.E. 4th STREET, SUITE 300
MIAMI, FLORIDA 33132

--- INFORMATION ---
Court Date :
Court Time :
Witness Fee$
Doc. Type : Original
Atty File #:

I received this process 02/29/00 at 3:27 PM and it was served 03/14/00 at 7:59 PM in BROWARD COUNTY, FLORIDA.

On: GEORGE D. BEASLEY
At: 3733 CARAMBOLA CIRCLE NORTH
    POMPANO BEACH, FL. 33066

SUBSTITUTE SERVICE: (FS 48.031)

By leaving a copy of this writ, the date and hour of service endorsed by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of said household above the age of fifteen years, to wit:

KEVIN BEASLEY
SON

and informing such person of their contents.

OTHER RETURNS:

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and Section 570 Et. Seq.

The foregoing instrument was acknowledged before me this 20 day of March, 2000 BY BARRY C. ROSS, who is personally known to me, or who has produced a D/L as identification and who did take an oath.

BRENDA TAYLOR
My Commission # CC815329
Expires: March 8, 2003
Fla. Notary Service & Bonding Co.

PROCESS SERVER: BARRY C. ROSS (#200)
CAPLAN/MARKOWITZ & KAYE (305) 374-3426
CPS Number: 755364

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK

AO 85 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

**United States of America**

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

Case Number: 00-6041 CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

GEORGE B. BEASLEY

**TO:** (Name and Address of Defendant)

GEORGE B. BEASLEY
266 39TH
COCONUT CREEK, FL 33065

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox CLERK                    JAN 1 0 2000      DATE

(BY) DEPUTY CLERK