UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.: 00-6041-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GEORGE B. BEASLEY

        Defendant.
_____/

**DEFENDANT'S DEFAULT**

DEFAULT ENTERED as to defendant, George B. Beasley, on this __26TH__ day of __April__, 2000.

                              Clarence Maddox
                              COURT ADMINISTRATOR
                              CLERK OF THE COURT

                    BY: _____
                              DEPUTY CLERK

