UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6041-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE B. BEASLEY

    Defendant.

_____ /

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

The undersigned counsel, on behalf of plaintiff, the United States of America, moves this Court for entry of default judgment as to defendant, George B. Beasley, upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure.

Plaintiff will rely upon the annexed Memorandum of Law, together with the materials attached hereto, in support of this Motion.

### MEMORANDUM OF LAW FOR DEFAULT FINAL JUDGMENT

1. As more fully set forth in the Declaration for Entry of Default filed on behalf of plaintiff herein, the defendant has been duly served with the plaintiff's Summons and Complaint in accordance with the provisions of Rule 4 (c) (1), Federal Rules of Civil Procedure, and has failed to answer or otherwise formally respond within the time period prescribed by Rule 12(a) Federal



Rules of Civil Procedure.

2.  The default of the defendant has been formally entered by the Clerk of this Court. A copy of the default is attached hereto as Exhibit A.

3.  Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this court is empowered to enter default judgment against the defendant for relief sought by Plaintiff in its complaint, and written notice of this action has been given to the defendant.

4.  Attached hereto and made part hereof is an Affidavit of Amount Due or Certificate of Indebtedness, duly sworn to and subscribed, prepared and submitted on behalf of the Department of Education, an agency of the United States of America, on whose behalf this action is brought. See Exhibit B. As of May 10, 2000 there is due and owing to plaintiff from defendant the sum of $5480.24, consisting of $2500.00, in unpaid principal, plus $2980.24 in accrued interest through May 10, 2000 together with interest thereafter to the date of entry of judgment at the rate of 8.00 % per year in accordance with the provisions of 4 C.F.R 102.11, and together with costs taxed in accordance with the provisions of 28 U.S.C. §1920, as specified by 28 U.S.C. §§ 1914, 1921, as set forth in the attached Bill of Costs.

5.  WHEREFORE, plaintiff request the entry of default judgment against defendant, George B. Beasley, for the amounts due and owing to it, and has attached hereto a proposed form of Default Judgment.

## BILL OF COSTS

1.  Plaintiff, the United States of America, is entitled to recover of defendant, George B. Beasley, as its costs in this proceeding, the following statutory costs for the litigation of this action, and makes no claim for fees, disbursements or costs other than as set forth:

| | | |
|---|---|---|
| A. | Clerk's Filing Fee, per 28 U.S.C. § 1914(a) | $150.00 |
| B. | Fee for Service and Travel, per 28 U.S.C. § 1921 | 25.00 |
| | TOTAL | $175.00 |

I, Mary F. Dooley, do hereby certify that the statements and allegations set forth in the foregoing Motion, Memorandum and Bill of Costs are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

Thomas E. Scott
UNITED STATES ATTORNEY

By: _____
Mary F. Dooley
Assistant United States Attorney
Florida Bar No.112933
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Tel No. 305-961-9311
Fax No. 305-530-7195
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.: 00-6041-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE B. BEASLEY

    Defendant.
_____ /

**DEFENDANT'S DEFAULT**

DEFAULT ENTERED as to defendant, George B. Beasley, on this ___26^TH___ day of ___April___, 2000.

                            Clarence Maddox
                            COURT ADMINISTRATOR
                            CLERK OF THE COURT

                BY: _____
                            DEPUTY CLERK



GOVERNMENT EXHIBIT A

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS**

George B. Beasley
3733 Carombolo Circle North
Coconut Creek, FL 33066
SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 02-12-99.

On or about 02-08-84, 02-08-84, & 02-08-84, the borrower executed promissory note(s) to secure loan(s) of $833.00, 834.00, & 833.00, from Florida Federal Savings and Loan Assn. at 8.00 percent interest per annum. This loan obligation was guaranteed by Florida Department of Education, Office of Student Financial Assistance and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 06-13-85, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,698.90 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 05-16-92, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,500.00 |
| Interest: | $2,732.20 |
| Administrative/Collection Costs: | $ 0.00 |
| Late Fees: | $ 0.00 |
| Total debt as of 02-12-99: | $5,232.20 |

Interest accrues on the principal shown here at the rate of $.55 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _____    Name: _____
                                Title: LOAN ANALYST
                                Branch: LITIGATION BRANCH

**GOVERNMENT EXHIBIT B**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the MOTION FOR ENTRY OF DEFAULT JUDGMENT, MEMORANDUM OF LAW FOR DEFAULT FINAL JUDGMENT and DEFAULT FINAL JUDGMENT was mailed this 23 day of May, 2000 to:

George B. Beasley
3733 Carambola Cir. North
Pompano Beach, FL 33066

Mary F. Dooley
Assistant U.S. Attorney