UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6041-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE B. BEASLEY,

    Defendant.
_____/



## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment, filed herein on May 24, 2000. The Court notes the entry of default as to Defendant for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. The Court has carefully considered the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. That Judgment is hereby entered in favor of Plaintiff, the United States of America, and against Defendant, George B. Beasley;

2. That Plaintiff recover of Defendant, George B. Beasley, the sum of $5480.24, consisting of $2500 in unpaid principal, plus the amount of $2980.24 in interest accrued through May 10, 2000, in accordance with the supporting documentation attached as Exhibit B to Plaintiff's Motion for Entry of Default Final Judgment, all together with interest at the rate of 8.00% per annum to the date of this judgment, together with the sum of $175.00 in taxed costs;

3. That this judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as proscribed by 28 U.S.C. §§ 2001, et seq., 28 U.S.C. §§ 3001-3307, and



Rules Federal Procedure;

    4. The Clerk is directed to deny all pending motions as moot; and

    5. This case is closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 25 day of May, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Mary F. Dooley, AUSA
George B. Beasley, Pro se